# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **BRIAN ADAIR FULLER,** | |
| Petitioner, | Case No. 7:11CV00093 |
| v. | **FINAL ORDER** |
| **UNITED STATES OF AMERICA,** | By: James P. Jones |
| | United States District Judge |
| Respondent. | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the defendant's Petition for a Writ of Error Coram Nobis is DENIED and this action dismissed. The clerk is directed to file a copy of this Final Order, and the accompanying Opinion, in Criminal Case No. 3:97CR00069.

ENTER: March 26, 2012

/s/ James P. Jones
United States District Judge